IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD GRAHAM and ROSEMARY GRAHAMPlaintiffs,vs.A.W. CHESTERTON COMPANY et. al., | )<br>)<br>)<br>)<br>)<br>) Case No. 13–cv–1219–SCW<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

**WILLIAMS, Magistrate Judge:**

Before the Court is Plaintiff's Stipulation of Dismissal of Defendants CBS Corporation, (Doc. 163), Industrial Holdings Corporation (Doc. 164), and Metropolitan Life Insurance Co. (Doc. 165).

The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss claims without a court order by filing a stipulation for dismissal signed by all parties who have appeared. **Fed. R. Civ. P. 41(a)(1)(A)**. The parties have entered such stipulations, and further indicated that the dismissal will be without prejudice. (Doc. 163) (Doc. 164) (Doc. 165). The case against CBS Corp., Industrial Holdings Corp., and Metropolitan Life Ins. Co. is therefore **DISMISSED** without prejudice pursuant to Federal Rule 41(a)(1). All parties shall bear their own costs.

For the foregoing reasons, the Clerk of the Court is **DIRECTED** to **DISMISS** CBS Corp., Industrial Holdings Corp., and Metropolitan Life Ins. Co. **without prejudice** pursuant to Doc. 163, Doc. 164, and Doc. 165 Stipulations for Dismissal.

IT IS SO ORDERED.
DATE: <u>April 24, 2014</u>/s/ *Stephen C. Williams*

1

**STEPHEN C. WILLIAMS**
United States Magistrate Judge
