IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD GRAHAM and ROSEMARY GRAHAM | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 13–cv–1219–SCW<br>)<br>) |
| A.W. CHESTERTON COMPANY et. al., | )<br>)<br>)<br>) |

# ORDER

**WILLIAMS, Magistrate Judge:**

Before the Court is Plaintiff's Stipulation of Dismissal of Defendant General Electric Company ("GE") (Doc. 167), and Defendant Crane Co. (Doc. 168).

The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss claims without a court order by filing a stipulation for dismissal signed by all parties who have appeared. **Fed. R. Civ. P. 41(a)(1)(A)**. The parties have entered such a stipulation, and further indicated that the dismissal will be without prejudice. (Doc. 167) (Doc. 168). The case against GE and Crane Co. is therefore **DISMISSED** without prejudice pursuant to Federal Rule 41(a)(1). All parties shall bear their own costs.

For the foregoing reasons, the Clerk of the Court is **DIRECTED** to **DISMISS** GE **without prejudice** pursuant to Doc. 167, Stipulation for Dismissal and to **DISMISS** Crane Co. **without prejudice** pursuant to Doc. 168.

This disposes of all the remaining parties in this case. The Clerk of the Court is further **DIRECTED** to close this case. As all dismissals were without prejudice, no judgment will be entered at this time.

**IT IS SO ORDERED.**
**DATE: <u>May 15, 2014</u>**                                             <u>/s/ *Stephen C. Williams*</u>
                                                                          **STEPHEN C. WILLIAMS**
                                                                          United States Magistrate Judge